**Flora Oliver, Appellant, v. The First National Bank of Mt. Olive, Appellee.**

### (Not to be reported in full.)

Appeal from the County Court of Macoupin county; the Hon. TRUMAN A. SNELL, Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed October 16, 1913. Rehearing denied December 3, 1913.

### Statement of the Case.

Action originally commenced by the First National Bank of Mt. Olive against Max Lange in attachment for an alleged indebtedness on two promissory notes. The attachment writ was levied on a certificate of stock and one Flora Oliver filed the statutory notice upon the sheriff that she claimed to be the owner of the certificate. On a trial of right of property in the County Court a judgment was rendered finding that claimant was not the owner of the certificate of stock. From such judgment, claimant appeals.

A. A. LOWRY and VICTOR HEMPHILL, for appellant; SCHNEIDER & SCHNEIDER, of counsel.

L. M. HARLAN and PEEBLES and PEEBLES, for appellee.

MR. PRESIDING JUSTICE PHILBRICK delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 528*—*when propositions of law or fact essential to preserve questions for review.* On appeal from a judgment rendered by the trial court without a jury there is no question preserved for the court of review where no propositions of law or fact have been submitted to the trial court.